UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

BRANDON PRICE,

    Plaintiff,

v.

FEDERAL COMMUNICATION COMMISSION,

COMMISSIONER BRENDAN CARR, and CHAIR

JESSICA ROSENWORCEL,

    Defendants.

RECEIVED
Mail Room
SEP 3 0 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Case: 1:24-cv-02810
Assigned To : Unassigned
Assign. Date : 9/30/2024
Description: Pro Se Gen. Civ. (F-DECK)

## BIVENS ACTION

This Court has Jurisdiction over this Bivens Action under Bivens v. Six Unknown Agents.

Venue is proper because this is where the violations occurred and given rise to this action.

## STATEMENT OF THE FACTS

On September 13, 2024, I, Brandon Price, the plaintiff in this action, filed an online Complaint with defendant Federal Communication Commission (hereinafter "FCC") via FCC's online Complaint Portal against several local News Media Outlets in Memphis, Tennessee (FOX 13 News, CBS Channel 3 News, NBC Channel 5 News, and ABC 24 News) for willfully and conspiratorially failing to provide me with Equal Opportunity to their facilities during my 2023 campaign to be elected to the Mayor's office of the City of Memphis (Tenn), which the subject news media outlets had allowed the other candidates

who were campaigning in 2023 for said office use of their respective facilities during the Mayoral debate, which violated 47 U.S.C. 315(a). Therefore, the FCC had acknowledged receipt of my complaint and had assigned Ticket No. 7303018 to my Complaint. However, on September 16, 2024, I placed a telephone call to FCC to inquire as to whether my complaint has been properly submitted to the subject news media outlets for their respective and required response thereto, during which I spoke with an employee of FCC complaint department (name unknown) and was told by the employee that my complaint will be provided to some investigative department of FCC, but refused to provide me with a name or number of this claimed investigative department and has stopped further communications with me regarding my complaint. Therefore, the FCC Commissioner Brendan Carr and Chair Jessica Rosenworcel have allowed my complaint to be willfully and recklessly mishandled in this case and has allowed my complaint not to be properly served on the subject media outlets for a required response.

## **CAUSES OF ACTION**

The actions of Commissioner Carr and Chair Rosenworcel deprived me of my right to be heard in violation of my Fourteenth Amendment right to Due Process and 47 U.S.C. 315(a).

**RELIEF REQUESTED**

Issue an injunction in this case enjoining the defendants' unconstitutional practices.

Award me $5,000,000.00 in compensatory damages against the named defendants for the physical, mental, and emotional damage I sustained as a result of said violations.

Award me punitive damages against defendants Carr and Rosenworcel.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: September 24, 2024.

_____
BRANDON PRICE

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been sent on this 24th day of September 24, 2024 via prepaid first-class postage to:

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

OFFICE OF THE CLERK

333 CONSTITUTION AVENUE NW

WASHINGTON, D.C. 20001

_____
BRANDON PRICE

(3)