# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRANDON PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:24-cv-02810 (UNA) |
| | ) | |
| FEDERAL COMMUNICATION | ) | |
| COMMISSION, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Plaintiff's application for leave to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**, and it is further

**ORDERED** that the complaint, ECF No. 1, and this case, are **DISMISSED** without prejudice.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

Date: November 27, 2024

/s/_____
ANA C. REYES
United States District Judge