UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

BRANDON PRICE,

    Plaintiff,

v.                                                      Civil Action No. 1;24-cv-02810 (UNA)

**FEDERAL ELECTION COMMISSION,**

et al.

## NOTICE OF APPEAL

Notice is hereby given that I Brandon Price, the Plaintiff, hereby Appeal the Order of Dismissal of this Civil Action entered on November 27, 2024.

*/s/ Brandon Price*

BRANDON PRICE

6571 STOCKPORT COVE

MEMPHIS, TN. 38141

RECEIVED
Mail Room
DEC 23 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent on this **13**[th] day of **December, 2024**, via prepaid first-class postage to:

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

OFFICE OF THE CLERK

333 CONSTITUTION AVENUE, NW

WASHINGTON, DC 20001

_____

BRANDON PRICE

(2)